

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00787-CV

**IN RE BPX OPERATING COMPANY**

Original Proceeding[1]

| | |
|---|---|
| Sitting: | Irene Rios, Justice |
| | Lori I. Valenzuela, Justice |
| | H. Todd McCray, Justice |

Delivered and Filed: April 9, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On November 20, 2024, relator filed a petition for a writ of mandamus. After considering the mandamus petition and record, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 24-07-00059-CVL, styled *La Salle Co. Outfitters II, LLC, and La Salle Co. Outfitters, LLC v. BP American Production Company*, pending in the 81st Judicial District Court, La Salle County, Texas, the Honorable Jennifer Dillingham presiding.